# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amber Ragan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America, et al.,<br><br>　　　　　Defendants. | No. CV-12-01225-PHX-DGC<br><br>**ORDER** |

　　　　Pursuant to stipulation of the parties (Doc. 16)

　　　　**IT IS ORDERED** that the above-captioned lawsuit is dismissed without prejudice. Each party to bear its own costs and attorneys' fees.

　　　　Dated this 13th day of August, 2012.

_____
David G. Campbell
United States District Judge